# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANNON W. RECTOR, | ) 1:12cv0480 AWI DLB |
| | ) |
| Plaintiff, | ) ORDER REGARDING APPLICATION TO |
| | ) PROCEED IN FORMA PAUPERIS |
| v. | ) |
| JUDGE DONALD J. PROIETTI, et al., | ) |
| | ) |
| Defendants. | ) |

Plaintiff Channon W. Rector ("Plaintiff") filed this action on March 29, 2012, along with an application to proceed in forma pauperis. Doc. 2.

In reviewing the application, the Court finds that Plaintiff did not provide sufficient information to support his request to proceed in forma pauperis. Specifically, Plaintiff failed to indicate whether or not he received certain income in the past 12 months.

Accordingly, Plaintiff is ORDERED to submit a complete, signed application to proceed in forma pauperis within twenty-one (21) days of the date of service of this order. The Clerk of the Court shall send Plaintiff the appropriate application.

Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   April 4, 2012                         /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE

1