# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHANNON W. RECTOR, | ) | 1:12cv0480 AWI DLB |
| | ) | |
| | ) | ORDER GRANTING APPLICATION TO |
| Plaintiff, | ) | PROCEED IN FORMA PAUPERIS |
| | ) | (Document 4) |
| | ) | |
| v. | ) | |
| | ) | |
| JUDGE DONALD J. PROIETTI, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Channon W. Rector ("Plaintiff") is proceeding pro se in this action. Plaintiff filed his complaint on March 29, 2012, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees and is therefore GRANTED.

IT IS SO ORDERED.

Dated:    **April 23, 2012**        _____ **/s/ Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE

1